Beata Shapiro
Attorney at Law
**Wilson Elser Moskowitz Edelman & Dicker LLP**
260 Franklin Street - 14th Floor
Boston, MA 02110-3112
617.422.5320 (Direct)
617.423.6917 (Fax)
beata.shapiro@wilsonelser.com
*Attorneys for Plaintiff*
*NORD WIND, LLC*

UNITED STATES DISTRICT COURT   EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORD WIND, LLC, | Civil Action No. |
| Plaintiff, | |
| vs. | |
| TULAIR INTERNATIONAL CORP., AIR FRANCE – KLM GROUP, AIR FRANCE INDUSTRIES KLM ENGINEERING & MAINTENANCE, and AIR FRANCE KLM MARTINAIR CARGO. | **COMPLAINT** |
| Defendants. | |

Plaintiff, NORD WIND, LLC ("Plaintiff"), by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, as and for its complaint against Defendants TULAIR INTERNATIONAL CORPORATION ("Tulair"), AIR FRANCE – KLM GROUP and its subsidiaries AIR FRANCE INDUSTRIES KLM ENGINEERING & MAINTENANCE and AIR FRANCE KLM MARTINAIR CARGO (collective "Air France" and as to all defendants collectively the "Defendants") alleges upon information and belief, as follows:

## INTRODUCTION

1. This case arises from the failure of the Defendants to deliver in good actual order a commercial jet engine (the "Shipment") in international air transportation pursuant to an

Agreement For Logistics Services between TULAIR and NORD WIND (the "Agreement") and pursuant to an Air Waybill 057-8006 6302 (the "Air Waybill").

## THE PARTIES

2. At all times hereinafter mentioned, plaintiff NORD WIND was and now is a limited liability corporation or other business entity organized and existing by virtue of the laws of the Russia Federation, with an office and principal place of business at Leningradskaya Street, Building 25, Office 27. 28, Moscow Region, Khimki City, Russia, 141402.

3. NORD WIND leased the subject jet engine from the jet engine owner Wilmington Trust SP Services (Dublin) Limited, pursuant to which NORD WIND has the right to use and the obligation to pay for the transport, repairs and rent of the engine, and brings this action on its own behalf, and is entitled to maintain this action.

4. At all times hereinafter mentioned, defendant TULAIR was and now is a corporation or other business entity organized and existing by virtue of the laws of the State of New York, with offices at 147-20 181 Street, Jamaica, New York 11413.

5. TULAIR was and still is doing business within the jurisdiction of this Honorable Court as a contract carrier and/or bailee of cargo for its customers and provides logistics, freight, and shipping services to its customers.

6. At all relevant times Defendant AIR FRANCE – KLM GROUP and its subsidiaries AIR FRANCE INDUSTRIES KLM ENGINEERING & MAINTENANCE and AIR FRANCE KLM MARTINAIR CARGO were and now are business entity organized and existing by virtue of the laws of France, operating around the world including in the United States with headquarters located at 142 West 57th Street, New York, New York, 10019.

7. The AIR FRANCE defendants were and still are doing business within the jurisdiction of this Honorable Court as air carrier and/or bailee of cargo and provide logistics, freight, and shipping services to its customers.

## JURISDICTION AND VENUE

8. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331 because NORD WIND's claims arise under a treaty of the United States, to wit, the Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999, S. Treaty Doc. No. 10645 (hereinafter the "Montreal Convention").

9. This Court also has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 where NORD air and the AIR FRANCE defendants are foreign business entities and the amount in controversy exceeds $75,000 exclusive of interest and costs.

10. Venue is also proper in this district pursuant to 28 U.S.C. § 1391(b)(2) and (c)(3) because a substantial part of the acts or omissions giving rise to the claims at issue arise out of a contract with TULAIR is headquartered in Jamaica, New York and AIR FRANCE operates in Jamaica, New York, and pursuant to the Montreal Convention an action for damages must be brought, either before the court of the domicile of the carrier or of its principal place of business.

## FIRST CAUSE OF ACTION: BREACH OF CONTRACT

11. On or about January 22, 2019, the Shipment was tendered to the Defendants, for good and valuable consideration, in good order and condition and suitable in every respect for the intended transit, and was accepted and agreed to be transport by air, by the

Defendants and/or their employees, agents or servants, from Goodyear, Arizona to Paris, France.

12. During the Shipment's transport, an employee of AIR FRANCE-KLM MARTINAIR CARGO slammed a door on the Shipment, causing it damage such that the Shipment when it was delivered on February 22, 2019 was not delivered in good order and condition.

13. By reason of the above, the Defendants breached, failed and violated the terms of the Agreement and the Air Waybill and their duties and obligations as a carrier of the Shipment.

14. NORD WIND has duly performed all duties and obligations on its part to be performed.

15. By reason of the Defendants' breach, NORD WIND has sustained damages or nearly as same now can be estimated, no part of which has been paid, although duly demanded, in the amount of $2,239,281.06 for the inspection, diagnostics, repair, transportation costs, and loss of use of the Shipment.

## SECOND CAUSE OF ACTION: BREACH OF BAILMENT OBLIGATIONS

16. NORD WIND incorporates by reference the allegations contained paragraphs 1 through 15 above, as if fully stated herein.

17. The Defendants were acting as bailees of the Shipment at the time it was damaged.

18. The Defendants, by themselves and/or through their contractors, agents, servants or sub-bailees, had a legal duty to deliver the Shipment in good order and perform its services in a proper and workmanlike manner.

1478241v.2

19. The Defendants breached those bailment obligations by causing damage to the Shipment and negligently failed to deliver the Shipment in as good condition as when entrusted to it.

20. By reason of the Defendants' breach, NORD WIND has sustained damages or nearly as same now can be estimated, no part of which has been paid, although duly demanded, in the amount of $2,239,281.06 for the inspection, diagnostics, repair, transportation costs, and loss of use of the Shipment.

## THIRD CAUSE OF ACTION: NEGLIGENCE

21. NORD WIND incorporates by reference the allegations contained paragraphs 1 through 20 above, as if fully stated herein.

22. The Defendants had a duty to comply with the terms of the Agreement and the Air Waybill and to handle the Shipment with care and to transport and deliver the Shipment in as good order and condition as when entrusted to them.

23. The Defendants breached this duty by failing to handle the Shipment with care and to transportation and deliver the Shipment in as good order and condition as when entrusted to them.

24. By reason of the Defendants' negligence, NORD WIND has sustained damages or nearly as same now can be estimated, no part of which has been paid, although duly demanded, in the amount of $2,239,281.06 for the inspection, diagnostics, repair, transportation costs, and loss of use of the Shipment.

1478241v.2

**WHEREFORE,** Plaintiff NORD WIND, LLC, respectfully requests the following:

a. That a judgment be entered in favor of NORD WIND, LLC against TULAIR INTERNATIONAL CORPORATION, AIR FRANCE – KLM GROUP, AIR FRANCE INDUSTRIES KLM ENGINEERING & MAINTENANCE, and AIR FRANCE KLM MARTINAIR CARGO in the amount of $2,239,281.06 and such other damages as NORD WIND, LLC sustained, with interest, attorney fees and the costs and disbursements of this action; and

b. For such other, additional, and further relief the Court deems just and equitable.

## JURY DEMAND

Plaintiff demands trial by jury.


Dated: January 27, 2021
Boston, Massachusetts

                                  Respectfully submitted,

                                  /s/ Beata Shapiro
                                  Beata Shapiro
                                  Attorney at Law
                                  **Wilson Elser Moskowitz Edelman & Dicker LLP**
                                  260 Franklin Street - 14th Floor
                                  Boston, MA 02110-3112
                                  617.422.5320 (Direct)
                                  617.423.6917 (Fax)
                                  beata.shapiro@wilsonelser.com
                                  *Attorneys for Plaintiff*
                                  *NORD WIND, LLC*

1478241v.2