Beata Shapiro
Attorney at Law
**Wilson Elser Moskowitz Edelman & Dicker LLP**
260 Franklin Street - 14th Floor
Boston, MA 02110-3112
617.422.5320 (Direct)
617.423.6917 (Fax)
beata.shapiro@wilsonelser.com
*Attorneys for Plaintiff*
*NORD WIND, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORD WIND LLC,<br>     Plaintiff,<br><br>v.<br><br>TULAIR INTERNATIONAL CORPORATION,<br>et al.,<br>     Defendants. | CIVIL ACTION NO. 1:21-cv-00452-CBA-SJB |

## JOINT NOTIFICATION OF SETTLEMENT

Now come the appearing parties to the above titled action and jointly notify the Court of settlement of their claims.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Plaintiff, | Defendant, |
| Nord Wind LLC | Tulair International Corporation, |
| By its attorneys, | By its attorneys, |
| */s/Beata Shapiro* | */s/ Andrew R. Spector, Esq.(BS)* |
| Beata Shapiro, | Andrew R. Spector, Esq. |
| Beata.Shapiro@wilsonelser.com | Andrew.Spector@spectorrubin.com |
| Wilson, Elser, Moskowitz, Edelman & Dicker, LLP | Spector Rubin, P.A. |
| 260 Franklin Street, 14th Floor | Continental Plaza |
| Boston, MA 02110-3112 | 3250 Mary Street, Suite 405 |
| 617-422-5300 | Miami, FL 33131 |
| | 305-537-2000 |

Dated: May 18, 2021

2

## CERTIFICATE OF SERVICE

      I, Beata Shapiro, hereby certify that the foregoing document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by first class mail, postage prepaid, on May 18, 2021.

                                              */s/ Beata Shapiro*
                                              Beata Shapiro

254202206v.1